**Mailing Information for a Case 3:23-mc-01991 In the Matter of Attorneys Suspended or Disbarred by the State Bar of California**

Electronic Mail Notice List
The following are those who are currently on the list to receive e-mail notices for this case.

James Joseph Albert
albertlawman@gmail.com

Elizabeth Anne Alvarado
elizabeth.alvarado@bd.com

Gregory Leon Anderson
GLA@db2law.com

Carl Edward Gerard Arnold
lvcega1@yahoo.com

Terry Lee Baker
tbaker@consumerlawgroup.net

Molly Olivia Barton
moba321@yahoo.com

Samir Suryakant Belani
sbelani@hotmail.com

John Starrett Berry
jsberry@yumollp.com

Anthony James Brandenburg
Judgeajb@sbcglobal.net

Celia Ashley Brewer
celia.brewer@carlsbadca.gov

Joseph Scott Carr
scarr@kcozlaw.com

Craig Israel Celniker
ccelniker@mofo.com

Richard Anthony Chagoury
richard.chagoury@bclplaw.com

Mary R. Conklin
Mary.Conklin@doj.ca.gov

Christine D'Angelo DeBretteville
cdebretteville@stradlinglaw.com

Kristin Canfield Derr
kcderr@yahoo.com

Asim Kishore Desai
adesai@grsm.com

**Manual Notice List**

Michelle L. Finneran Dennedy
11634 Winding Way
Los Altos, CA 94024-6327

Gregory Lawrence Dehm
1267 Sonora Avenue
Glendale, CA 91201-1425

Janice De Leon Cruz
Office of the District Attorney
P. O. Box 121011
San Diego, CA 92112

David Brown Bayless
Covington & Burling LLP
415 Mission Street
Salesforce Tower - Suite 5400
San Francisco, CA 94105

Leigh Taylor Dundas
The River Asia (c/o Klar)
PO Box 11
A. Hang Dong, Chiang Mai 50230
THAILAND